


Voter Information Center

# Voter Information Center

### Voter Information

The following is your current voter registration information on file.

You may update your registration using the Online Voter Registration portal.

| | |
|---|---|
| Full name: | TYLER CHANCE MURRAY |
| Address: | 111 LITTLE ARTHUR RIDGE RD |
| | EAST BERNSTADT, KY 40729-6925 |
| Political Party: | ███████ |

### Your Precinct and Districts

| | | |
|---|---|---|
| Precinct: | EAST BERNSTADT #2 (D102) | |
| City Code: | | |
| School District: | SB4 | |
| County: | Laurel | County Clerk Website |
| House District: | 089 | View Members |
| Senate District: | 21 | View Members |
| Congressional District: | 5 | View Members |
| US Senators: | | View Members |

### Mail-In Absentee Ballot Status

To request a mail in absentee ballot or check for a special election in your county Click Here.

The Absentee Ballot Portal Opens April 04, 2026 for the May Primary.

### Primary Election Eligibility

If NO, you are still eligible to vote in non partisan races if any exist.

| | |
|---|---|
| Am I eligible to vote in my party's Primary Election? | Yes |

### Polling Places

Polling locations will be available April 19, 2026.

EXHIBIT
B

© 2026 Kentucky State Board of Elections

 

**Voter Information Center**

# Voter Information Center

## Voter Information

The following is your current voter registration information on file.
You may update your registration using the Online Voter Registration portal.

| | |
|---|---|
| Full name: | LATASHA L BAKER |
| Address: | 111 LITTLE ARTHUR RIDGE RD |
| | EAST BERNSTADT, KY 40729-6925 |
| Political Party: | ███████ |

## Your Precinct and Districts

| | | |
|---|---|---|
| Precinct: | EAST BERNSTADT #2 (D102) | |
| City Code: | | |
| School District: | SB4 | |
| County: | Laurel | County Clerk Website |
| House District: | 089 | View Members |
| Senate District: | 21 | View Members |
| Congressional District: | 5 | View Members |
| US Senators: | | View Members |

## Mail-In Absentee Ballot Status

To request a mail in absentee ballot or check for a special election in your county
Click Here.

The Absentee Ballot Portal Opens April 04, 2026 for the May Primary.

## Primary Election Eligibility

If NO, you are still eligible to vote in non partisan races if any exist.

| | |
|---|---|
| Am I eligible to vote in my party's Primary Election? | Yes |

## Polling Places

Polling locations will be available April 19, 2026.

© 2026 Kentucky State Board of Elections