

# COMMONWEALTH OF KENTUCKY
## Transportation Cabinet
### http://transportation.ky.gov
## Division of Driver Licensing



## M11217197 - OFFICIAL DRIVING HISTORY RECORD (KRS.186.018)

| DRIVER'S NAME | LICENSE NO. | REQUEST NO. | REQUEST DATE | REQUEST STATUS |
|---|---|---|---|---|
| MURRAY, TYLER C | M11217197 | 687333 | 1/19/2026 | OK |

## LICENSE INFORMATION

| DATE ISSUED | DATE EXPIRED | LICENSE STATUS | CDL STATUS | HAZMAT EXPIRE DATE |
|---|---|---|---|---|
| 07/03/2024 | 06/09/2031 | IN FORCE | IN FORCE | 08/24/2026 |

| CLASS LICENSE | ENDORSEMENTS | RESTRICTIONS |
|---|---|---|
| Operators Class D   , CDL Class A | Hazardous Materials, Tankers - Bulk Haulers | |

| CLASS PERMIT | PERMIT STATUS | PERMIT ISSUE DATE | PERMIT EXPIRE DATE |
|---|---|---|---|
| | | | |

## MEDICAL CERTIFICATION INFORMATION

| MED CERT ISSUE | MED CERT EXPIRE | STATUS | SELF CERT | NUM. OF REST. | RESTRICTIONS |
|---|---|---|---|---|---|
| 04/17/2025 | 04/17/2027 | C | NI | | |

| DRIVER SPE EXPIRE | DRIVER SPE EFFECTIVE | DRIVER WAI/EX EXPIRE | DRIVER WAI/EX EFFECTIVE |
|---|---|---|---|
| | | | |

| DOCTOR FIRST NAME | DOCTOR MIDDLE NAME | DOCTOR LAST NAME | DOCTOR SPECIALTY CODE | DOCTOR PHONE NUMBER |
|---|---|---|---|---|
| BEN | | BERTRAM | PA | 6065264590 |

| DOCTOR LICENSE NUMBER | DOCTOR JURISDICTION | DOCTOR REGISTRATION NUMBER |
|---|---|---|
| PA3389 | KY | 1734709665 |

## ENTRIES

| ENTRY NO. | CITATION DATE | DESCRIPTION-LOCATION | CV | HM | CONV/ADM DATE | EXP. DATE | CITATION NO. | PTS |
|---|---|---|---|---|---|---|---|---|
| 201 | | MEDICAL CERTIFICATION RECEIVED - FRANKFORT | Y | | 04/29/2025 | | | |

EXHIBIT
C

| 199 | | MEDICAL CERTIFICATION EXPIRED - FRANKFORT | Y | | 04/24/2025 | 04/24/2030 | | |
| 196 | | DUPLICATE LICENSE ISSUED - KY REG-LONDON | N | | 07/03/2024 | | | |
| 193 | | SELF CERTIFICATION RECEIVED - FRANKFORT | Y | | 07/03/2024 | | | |
| 186 | | RENEWAL LICENSE ISSUED - KY REG-LONDON | N | | 06/19/2023 | | | |
| 182 | | CDL ENDORSEMENT ADDED - DIV. OF DRIVER LIC. | N | | 03/29/2023 | | | |
| 181 | | CDL ENDORSEMENT DROPPED - DIV. OF DRIVER LIC. | N | | 03/29/2023 | | | |
| 180 | | DUPLICATE LICENSE ISSUED - KY REG-MANCHESTER | N | | 03/29/2023 | | | |

***END OF RECORD***

Unauthorized use prohibited



# COMMONWEALTH OF KENTUCKY
## Transportation Cabinet
### http://transportation.ky.gov
## Division of Driver Licensing



## B08706610 - OFFICIAL DRIVING HISTORY RECORD (KRS.186.018)

| DRIVER'S NAME | LICENSE NO. | REQUEST NO. | REQUEST DATE | REQUEST STATUS |
|---|---|---|---|---|
| BAKER, LATASHA L | B08706610 | 687332 | 1/19/2026 | OK |

## LICENSE INFORMATION

| DATE ISSUED | DATE EXPIRED | LICENSE STATUS | CDL STATUS | HAZMAT EXPIRE DATE |
|---|---|---|---|---|
| 02/03/2025 | 12/18/2028 | IN FORCE | | |

| CLASS LICENSE | ENDORSEMENTS | RESTRICTIONS |
|---|---|---|
| Operators Class D | | |

| CLASS PERMIT | PERMIT STATUS | PERMIT ISSUE DATE | PERMIT EXPIRE DATE |
|---|---|---|---|
| | | | |

## ENTRIES

| ENTRY NO. | CITATION DATE | DESCRIPTION-LOCATION | CV | HM | CONV/ADM DATE | EXP. DATE | CITATION NO. | PTS |
|---|---|---|---|---|---|---|---|---|
| 030 | | RENEWAL LICENSE ISSUED - KY REG-LONDON | N | | 02/03/2025 | | | |

### ***END OF RECORD***

Unauthorized use prohibited