**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **TYLER MURRAY,** *et al.*, | **CASE NO. 6:26-CV-70-KKC** |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on administrative review. It has come to the Court's attention that despite prior notice from the Clerk of this Court, Plaintiffs' counsel has failed to comply with the admission procedure set forth in the local rules. (*See* R. 3.)

Accordingly, it is hereby ORDERED that on or before Friday, March 6, 2026, Andrew J. Bailey shall show cause in writing as to why they should not be terminated as counsel of record in this matter. Failure to show cause or to comply with the local rules in this case will result in immediate termination of the named attorney as counsel of record in this case.

This 26th day of February, 2026.

Signed By:

*Karen K. Caldwell*
**United States District Judge**