IN THE UNITED STATES DISTRICT COURT
EASTERN KENTUCKY
LONDON DIVISION
CASE NO: 6:26-cv-00070-KKC

TYLER MURRAY and
LATASHA BAKER                                                    PLAINTIFFS

vs.                          **REPLY TO SHOW CAUSE**

STATE FARM FIRE AND CASUALTY COMPANY                    DEFENDANT

\*\*\*\*\*\*\*\*

Attorney Andrew J. Bailey is no longer associated with Denham Property and Injury Law Firm and should be removed as counsel of record. Attorney Bart Denham should be listed in this case as the counsel of record in Andrew J. Bailey's place.

Dated: February 27, 2026                Respectfully submitted,

                                         */s/ J. Bart Denham*
                                         J. Bart Denham
                                         Denham Property and Injury Law Firm
                                         250 W. Main St., Suite 120
                                         Lexington, Kentucky 40507
                                         Telephone: 859-900-2278
                                         Email: Bart@Denham.Law
                                         Email: Service@Denham.Law
                                         **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on

Friday, February 27, 2026, which will provide electronic service copies to counsel listed below:


Darrin W. Banks
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street
P.O. Drawer 1767
Paintsville, Kentucky 41240
Phone: 606-789-3747
Fax: 606-314-0417
*Counsel for Defendant,*
*State Farm Fire and Casualty Company*


                                        */s/ J. Bart Denham*
                                        COUNSEL FOR PLAINTIFFS